IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CREDIT MANAGEMENT SERVICES, INC., | ) ) ) | Case No.  8:06-cv-451 |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| DAVID REYES and MARIA AGUILAR, | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) | |
| DAVID REYES and MARIA AGUILAR, | ) ) ) | |
| Third-Party Plaintiffs, | ) | |
| v. | ) ) | |
| WELLMARK, INC. d/b/a BLUE CROSS and BLUE SHIELD, | ) ) ) | |
| Third-Party Defendant. | ) | |

   NOW ON THIS 11th day of August, 2006, this action came on before the Court, the Hon. Joseph F. Bataillon presiding, upon the Motion of the Defendants and Third-Party Plaintiffs to voluntarily dismiss their Third-Party Complaint as against Third-party Defendant, Wellmark, Inc. d/b/a Blue Cross and Blue Shield pursuant to F.R.C.P. 41 (a) (1).

   The Court, being duly advised in the premises, finds that the Third-Party Defendant has not yet filed an Answer to the Third-Party Complaint of the Defendants and Third-Party Plaintiffs, David Reyes and Maria Aguilar.  The Court finds that the motion should be and hereby is sustained.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Third-Party Complaint filed against Wellmark, Inc. d/b/a Blue Cross and Blue Shield is hereby dismissed without prejudice.

It is so Ordered.

BY THE COURT:

s/ Joseph F. Bataillon
U.S. District Court Judge