# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CREDIT MANAGEMENT SERVICES, INC.,** | ) | |
| | ) | **8:06CV451** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **DAVID REYES, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court *sua sponte.* On July 3, 2006, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 7. No such report has been filed.

Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before August 25, 2006, or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 14th day of August, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge