IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CREDIT MANAGEMENT SERVICES, | ) |
| Plaintiff, | ) 8:06CV451 |
| v. | ) ORDER OF DISMISSAL |
| DAVID REYES and MARIA AGUILAR, | ) |
| Defendants. | ) |

The matter before the court is the parties' joint motion to dismiss this case without prejudice, Filing No. 13. The court finds that this matter should be dismissed without prejudice.

IT IS THEREFORE ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff's cause of action against the defendants is hereby dismissed in its entirety, without prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 27th day of September, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge